UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re ) HONORABLE RICHARD L. SPEER
)
Robert James Burns, Jr. ) Case No. 10-35321 - Ch.7
)
Debtor(s) )

### ORDER

Application to Pay Filing Fees in Installments, having been filed by the Debtor(s), it is

**ORDERED** that the Debtor(s) pay the balance of the filing fees as follows:

$ 78.00 on, or before, **September 1, 2010**

$ 78.00 on, or before, **October 1, 2010**

$ 78.00 on, or before, **November 1, 2010**

Dated: 8/11/10

RICHARD L. SPEER
United States Bankruptcy Judge