UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
OFFICE OF THE CLERK

KENNETH J. HIRZ
Clerk of Court

Deputy Clerk in Charge
Western Division
Ashley U.S. Courthouse
Room 411
Toledo, Ohio 43604
(419) 213-5600

November 23, 2010

Robert J. Burns, Jr.
2891 Spencerville Road
Lima, Ohio 45805

Dear Mr. Burns,

    Financial records of the court indicate that you have *overpaid* the filing fee in your bankruptcy case by $78.00. On November 2, 2010 Judge Richard Speer ordered you to make a promised, overdue final installment payment immediately. It appears that you thereafter made two payments of $78.00 - on both November 8 and November 15.

    The Court's procedures require any party seeking a refund to file a motion and proposed Order directing the refund. You may wish to discuss that with your attorney. This letter is simply a courtesy to you to advise of the overpayment.

    I hope this background is helpful.

Sincerely,

David J. Fickel
Clerk in Charge (Toledo)

DJF:1